**140**

W. V. RIGGS and Mrs. W. V. Riggs, Appellants,

v.

KEENEWAY DEVELOPMENT CO., INC., a corporation of Nicholasville, Ky., Appellee.

Court of Appeals of Kentucky.

June 1, 1973.

Rehearing Denied Sept. 7, 1973.

Robert L. Gullette, Nicholasville, for appellants.

William Miles Arvin, Nicholasville, for appellee.

Memorandum Opinion of the Court by Special Commissioner MACAULEY SMITH, Affirming.*

Eula S. YOUNG, Appellant,

v.

Mary L. KISTER, widow, Individually, etc., et al., Appellees.

Court of Appeals of Kentucky.

June 1, 1973.

Rehearing Denied Sept. 7, 1973.

E. R. Gregory, Marshall Funk, Bowling Green, for appellant.

G. D. Milliken, Jr., Milliken & Milliken, Bowling Green, for appellees.

Memorandum Opinion of the Court by Commissioner VANCE, Affirming.*

Carter D. KINCAID, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

June 1, 1973.

Rehearing Denied Sept. 7, 1973.

Charles William Arnold, Lexington, for appellant.

Ed. Hancock, Atty. Gen. Douglas E. Johnson, Spec. Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice OSBORNE, Affirming.*

COMMONWEALTH of Kentucky, DEPARTMENT OF HIGHWAYS and Board of Claims of the Commonwealth of Kentucky, Appellants,

v.

Doris GIBSON, Individually and as Executrix of the Estate of Henry Gibson, Appellee.

Court of Appeals of Kentucky.

May 18, 1973.

Rehearing Denied Sept. 7, 1973.

Carl T. Miller, Jr., Director, Don Duff, General Counsel, Department of Highways, Frankfort, Jerry Roger Grigsby, Elizabethtown, for appellants.

Larry D. Raikes, Hodgenville, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

* Opinion ordered not to be published.